UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRISTINA LOZANO,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:17-cv-00151 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C.,<br>    Defendant. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "the R&R") (Docket No. 10) recommending the Court deny "Defendant Wal-Mart Stores Texas, L.L.C's Motion for Summary Judgment" (Docket No. 8). No objections to the R&R were filed by the parties.

After a *de novo* review of the file, the R&R (Docket No. 10) is **ADOPTED**. It is therefore, **ORDERED** that "Defendant Wal-Mart Stores Texas, L.L.C's Motion for Summary Judgment" (Docket No. 16) is **DENIED**. The parties are **ORDERED** to contact the Court's case manager to obtain a trial date and submit a proposed scheduling order, no later than seven days from the execution of this order.

Signed on this 1st day of August, 2018.

_____
Rolando Olvera
United States District Judge